UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| DOUG WEIHNACHT, | |
|---|---|
| Plaintiff, | Case No. 14-cv-01564-BLF |
| v. | **CASE MANAGEMENT ORDER** |
| WESTED, | |
| Defendant. | |

On July 24, 2014, the parties appeared before Judge Beth Labson Freeman for a Case Management Conference.

IT IS HEREBY ORDERED that the following schedule shall apply in this case:

| EVENT | DATE OR DEADLINE |
|---|---|
| Disclosures Due | 14 days after WestEd answers the amended complaint. |
| ADR Deadline | Parties to contact ADR 14 days after WestEd answers the amended complaint. |
| Parties to submit Stipulated Proposed Schedule regarding Disclosure of Expert Report and Expert Discovery Cut-Off dates | Within 45 days of this order. |
| Fact Discovery Cut-Off | 05/01/2015 |
| Expert Discovery Cut-Off | N/A |
| Last Day to Hear Dispositive Motions | 09/03/2015 - Parties must reserve hearing date prior to filing of motions. |
| Final Pretrial Conference | 01/14/2016 at 2:30 PM |
| Trial | 02/01/2016 at 9:00 AM |

IT IS FURTHER ORDERED THAT all disputes with respect to disclosures or discovery are referred to the assigned Magistrate Judge.

IT IS FURTHER ORDERED THAT the parties shall comply with the Court's standing orders, which are available on the Court's website and in the Clerk's Office.

Dated: July 24, 2014

_____
BETH LABSON FREEMAN
United States District Judge