# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| DOUG WEIHNACHT,<br><br>        Plaintiff,<br><br>    v.<br><br>WESTED,<br><br>        Defendant. | Case No.  14-cv-01564-BLF<br><br>**ORDER TO PROVIDE STATUS UPDATE**<br><br>[Re:  ECF 66] |

Pursuant to the mediator's update filed on July 20, 2015, *see* ECF No. 66, the parties are hereby ORDERED to further update the Court in a joint submission **on or before** August 28, 2015 as to the status of the case.

**IT IS SO ORDERED.**

Dated: August 17, 2015

_____
BETH LABSON FREEMAN
United States District Judge