UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| DOUG WEIHNACHT, | |
|---|---|
| Plaintiff, | Case No. 14-cv-01564-BLF |
| v. | **ORDER MOVING SUMMARY JUDGMENT HEARING AND TO PROVIDE STATUS UPDATE** |
| WESTED, | |
| Defendant. | [Re: ECF 69] |

On August 28, 2015, the parties provided the Court with a status update. ECF 69. According to the status update, the parties have settled all claims and counterclaims pursuant to a MOU and are in the process of negotiating the formal settlement documents. *Id*.

Accordingly, the Court MOVES the summary judgment hearing scheduled for September 3, 2015 to November 19, 2015 at 9 am. The Court ORDERS the parties to further update the Court as to the status of the case in a joint submission **on or before** September 15, 2015.

Dated: August 31, 2015

_____
BETH LABSON FREEMAN
United States District Judge